## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MARK A. BROWN,

          Petitioner

          v.

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY,

          Respondent

:   No. 29 EM 2016

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2016, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief, to the extent it seeks a writ of mandamus, are **GRANTED**.

    The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's pending filing within 90 days.

    The Prothonotary is **DIRECTED** to serve this order on the President Judge of the Court of Common Pleas of Philadelphia County.